Motor Finance Company, Appellant, v. Casualty Company of America, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.; Laughlin, J., dissenting.

In the Matter of the Application of Peter F. Mellon, Appellant, for a Writ of Mandamus, v. The Board of Education of the City of New York, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Perrin Horton Sumner, Appellant, v. Patrick L. Ryan and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Nicola Brunori, Appellant, Impleaded with Others.— Judgment and order affirmed. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Mary E. Condran, as Administratrix, etc., Respondent, v. Park & Tilford, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissenting.

Ellen Condran, as Administratrix, etc., Respondent, v. Park & Tilford, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Ingraham, P. J., dissenting.

William Giesener, Appellant, v. John F. McDonough, as Treasurer of the Eccentric Association of Firemen, Water Tenders, Oilers, Dynamo Tenders, Helpers and Coal Passers, Local Union No. 56 of the International Brotherhood of Stationary Firemen, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Berlin Construction Company, Respondent, v. Exeter Machine Works, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

George W. Walker, Respondent, v. Anna Dressler, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harbor and Suburban Building and Savings Association, Respondent. v. The Employers' Liability Assurance Corporation, Limited, of London, England, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott and Dowling, JJ., dissenting.

Mary Conway, as Administratrix, etc., Respondent, v. The Norcross Brothers Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Florence R. Weeks, Appellant, v. Rodisi Holding Company and Realty Holding Company, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.